```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                          Case No. 12-cr-65-PB

**James Bender**

### O R D E R

The defendant has moved through counsel to continue the February 5, 2013 trial in the above case, citing replacement counsel and their need for additional time to review extensive discovery materials and prepare for trial.  Counsel also cites multiple scheduling conflicts with the present trial date.  The government does not object to a continuance.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from February 5, 2013 to May 7, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 22, 2013 final pretrial conference is continued to April 22, 2013 at 2:30 p.m.

Further continuances will not be granted.

SO ORDERED.

                                                                           /s/Paul Barbadoro
                                                                           Paul Barbadoro
                                                                           United States District Judge

December 10, 2012

cc: Kevin Sharkey, Esq.
    Thomas M. Hoopes, Esq.
    Mark Zuckerman, AUSA
    United States Marshal
    United States Probation